H. V. Griffin, as Executors, etc., of Henry L. Griffin, Deceased, Respondents. H. V. Griffin, Appellant.— Decree of the Surrogate's Court of Suffolk county affirmed, with costs to the objectors payable out of the estate. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Louise Jackson and Others, Respondents, v. Meister & Bache Realty Company and Others, Defendants; Impleaded with Enrico V. Pescia, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Harry Kaufman, Appellant, v. Charles W. Steiner and William A. Smith, Respondents.— Judgment of the Municipal Court reversed as against the weight of evidence, and a new trial ordered, costs to abide the event. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Pauline Konig, as Administratrix, etc., of George Konig, Deceased, Appellant, v. Hecla Iron Works, a Domestic Corporation, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Elia Liguori, Appellant, v. American Railway Traffic Company, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

William W. Macfarlane, Respondent, v. Phillip Arnhold and Others, Copartners Doing Business under the Style and Firm Name of Arnhold, Karberg & Company, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

John Maisch, Respondent, v. Mary A. Grenzig, Appellant, Impleaded with John A. Grenzig, Defendant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery to $200, with interest from July 18, 1909, in which event the judgment is affirmed, without costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Samuel Mantel and Others, Copartners, etc., Respondents, v. Harry E. Loehfelm, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Jarvis W. Mason, as Executor, etc., of James R. Mason, Deceased, Respondent, v. Louise Schultz, Individually and as Sole Executrix, etc., of Carl H. Schultz, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Albert Martinez, Respondent, v. Film Import and Trading Company, Appellant.— We think this case should be settled by the trial justice. The order is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted, with costs. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Albert Martinez, Respondent, v. Film Import and Trading Company, Appellant.— Motion to dismiss appeal from the judgment denied, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application for a Peremptory Writ of Mandamus against Josiah T. Marean, a Justice of the Supreme Court.— Motion denied, without